**Order entered December 8, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01338-CV

## IN THE INTEREST OF J.H. AND J.H., CHILDREN

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-30004-2015**

## ORDER

We **GRANT** appellant's December 4, 2015 unopposed motion for an extension of time to file a brief. Appellant shall file a brief by **DECEMBER 18, 2015**. We caution appellant that no further extension will be granted in this accelerated appeal absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
           JUSTICE